UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE GUADALUPE RAYGOZA<br><br>Plaintiff,<br><br>v.<br><br>MTS CODE COMPLIANCE SERGEANT J. KRESIC<br><br>Defendant. | Case No.: 19cv2430-LAB (AHG)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Jorge Raygoza, who is represented by counsel, filed his complaint on December 19, 2019, and a summons was issued. Since then, he has not filed anything, and Defendant has not appeared.

The Court ordered him to show cause by May 20, 2020 why this action should not be dismissed both for failure to serve and failure to prosecute. *See* Fed. R. Civ. P. 4(m) and 41(b); and Civil Local Rule 41.1(a). *See also Hells Canyon Preservation Council v. U.S. Forestry Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (holding that district court may dismiss under Rule 41(b) *sua sponte*). The Court, noting that Raygoza's counsel was capable of filing electronically, required him to file his response even if the Clerk's office was physically inaccessible. The Court also cautioned him that if he failed to show cause, this action would be dismissed.

Since then, Raygoza has filed nothing. This action is therefore **DISMISSED WITHOUT PREJUDICE** for failure to serve and failure to prosecute.

**IT IS SO ORDERED**.

Dated: May 26, 2020

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge